UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PIERRE CLIFTON MARSHALL, | ) | 1:05-CV-01273-REC-LJO-HC |
| | ) | On Appeal |
| Petitioner, | ) | |
| | ) | ORDER REQUIRING PETITIONER TO |
| v. | ) | SUBMIT COMPLETED APPLICATION TO |
| | ) | PROCEED IN FORMA PAUPERIS ON |
| | ) | APPEAL **OR** PAY FILING FEE |
| BERNIE ELLIS, WARDEN, | ) | |
| | ) | ORDER DIRECTING CLERK TO SERVE |
| Respondent. | ) | COPY OF THIS ORDER ON COURT OF |
| | ) | APPEALS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 21, 2005, Magistrate Judge Lawrence J. O'Neill issued findings and a recommendation that the petition for writ of habeas corpus be dismissed. On December 5, 2005, District Judge Robert E. Coyle adopted the findings and recommendation and dismissed the petition. Judgment was entered on December 5, 2005.

On December 21, 2005, Petitioner filed a notice of appeal. On April 11, 2006, the court issued an order denying the motion for certificate of appealability, and on April 12, 2006, the certificate of record was transmitted to the Court of Appeals for the Ninth Circuit.

On January 9, 2006, Petitioner filed a motion for leave to proceed in forma pauperis on appeal. A party who was permitted to proceed in forma pauperis in the district court may proceed in

1 forma pauperis on appeal without further authorization unless the district court certifies that the
2 appeal is not taken in good faith. <u>See</u> Fed. R. App. P. 24(a)(3). In this case, Petitioner paid the filing
3 fee and did not proceed in this Court in forma pauperis. Thus, Petitioner is not automatically entitled
4 to proceed in forma pauperis on appeal.

5     Rule 24(a)(1) of the Federal Rules of Appellate Procedure states that a party who desires to
6 appeal in forma pauperis must file a motion in the district court and attach to that motion a
7 completed application to proceed in forma pauperis, along with the issues the party intends to present
8 on appeal. Petitioner's request, however, was not accompanied by a completed application to
9 proceed in forma pauperis. <u>See</u> 28 U.S.C. 1914(a); 1915 (a).

10     The Court will provide Petitioner with the opportunity to submit either the appropriate
11 application and certified copy of Petitioner's prison trust account or the $255.00 filing fee.

12     Accordingly, the Court ORDERS that:

13     1. The Clerk of the Court is DIRECTED to send Petitioner a copy of the application to
14 proceed in forma pauperis;

15     2. Petitioner is DIRECTED to submit either the completed application, accompanied by
16 a certified copy of Petitioner's prison trust account statement for the last six months, **or** the $255.00
17 filing fee, within twenty (20) days of the date of service of this order; and

18     3. The Clerk of Court is DIRECTED to serve a copy of this order on the Court of
19 Appeals for the Ninth Circuit.

20 IT IS SO ORDERED.

21 **Dated:    April 27, 2006**          **/s/ Lawrence J. O'Neill**
    23ehd0                                                    UNITED STATES MAGISTRATE JUDGE

2